IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 24 C 11944 |
| MARZAN WILLIAMS, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM OPINION AND ORDER

MATTHEW F. KENNELLY, District Judge:

Marzan Williams has filed under the present case number—the case number for his motion under 28 U.S.C. § 2255—a motion for compassionate release under 18 U.S.C. § 3582(c)(1). Mr. Williams is serving two consecutive five-year prison terms. On August 18, 2025, the Court denied the section 2255 motion. *United States v. Williams*, No. 24 C 11944, 2025 WL 2390448, at *7 (N.D. Ill. Aug. 18, 2025)

Mr. Williams filed an identical motion for compassionate release in his criminal case—which is the appropriate case in which to file such a motion. *See United States v. Williams*, No. 19 CR 66, dkt. no. 287 (N.D. Ill. Oct. 27, 2025). Both motions cite his consistent efforts at rehabilitation, conditions and an incident of mistreatment at the institution where he is currently imprisoned, and his mother's health. *Id.* The Court denied the motion filed in the criminal case. *Williams,* No. 19 CR 66, dkt. no. 288 (N.D. Ill. Nov. 3, 2025). For the same reasons, the Court denies Mr. Williams's motions for

1

compassionate release filed under the docket number for this case [dkt. no. 15][dkt. no. 18]

Date:  February 17, 2026

_____
MATTHEW F. KENNELLY
United States District Judge